# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK R TUCKER,**<br><br>  Plaintiff**,**<br><br>  vs.<br><br>**NOVATO UNIFIED SCHOOL DISTRICT, ET AL.,**<br><br>  Defendants**.** | CASE NO.  17-cv-00642-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 5 |

Defendant Novato Unified School District (the "District") filed its Motion to Dismiss on February 15, 2017. (Dkt. No. 5.) The matter came on for hearing on March 28, 2017. Having carefully considered the briefing and arguments submitted, and for the reasons set forth in full detail on the record on March 28, 2017, the Motion to Dismiss is **GRANTED WITH LEAVE TO AMEND**. Plaintiff shall file an amended complaint no later than April 27, 2017. The District shall file its response to plaintiff's complaint twenty-one (21) days thereafter.

This Order terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: March 29, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**