UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK R TUCKER,

    Plaintiff,

v.

NOVATO UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 17-cv-00642-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 23, 2017 at 2:00 p.m. |
| PRIVATE MEDIATION TO BE COMPLETED BY: | February 23, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Plaintiff allowed to Amend only with Court approval; Defendant Amend by October 6, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | January 26, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 9, 2018<br>Rebuttal: March 23, 2018 |
| EXPERT DISCOVERY CUTOFF: | April 6, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | June 12, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, August 17, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 24, 2018 |
| PRETRIAL CONFERENCE: | Friday, September 7, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 24, 2018 at 8:30 a.m. for 10 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, August 17, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

A compliance hearing regarding date of mediation with private mediator or a request for the Court to refer the case to ADR for an ADR process shall be held on **Friday, October 6, 2017** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By September 29, 2017, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 19, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge