Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: eelliot@bfesf.com
       mwenzel@bfesf.com

Attorneys for Defendant/Third-Party Plaintiff
NOVATO UNIFIED SCHOOL DISTRICT

**GRANTED**
Judge Yvonne Gonzalez Rogers
5/17/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK R. TUCKER,<br><br>    Plaintiff,<br><br>v.<br><br>NOVATO UNIFIED SCHOOL DISTRICT; SHALEE CUNNINGHAM; and DOES 1 through 20,<br><br>    Defendants.<br><hr>NOVATO UNIFIED SCHOOL DISTRICT,<br><br>    Third-party Plaintiff,<br><br>v.<br><br>NOVATO COMMUNITY TELEVISION; and ROES 1 through 20,<br><br>    Third-Party Defendants. | Case No. 4:17-cv-00642-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Yvonne Gonzalez Rogers** |

    IT IS HEREBY STIPULATED by the parties hereto, through themselves and their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety as to all

//

//

1

defendants, including third-party defendants, each side to bear its/his own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: May 15, 2018							JARET & JARET

									By: */s/ Robert Jaret*
									    Phillip A. Jaret
									    Robert S. Jaret
									    Attorneys for Plaintiff
									    RICK R. TUCKER

Dated: May 15, 2018							BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

									By: /s/ *Michael C. Wenzel*
									    Michael C. Wenzel
									    Attorneys for Defendant/Third-Party Plaintiff
									    NOVATO UNIFIED SCHOOL DISTRICT

Dated: May 15, 2018							JENNER & BLOCK, LLP

									By: /s/ *Christopher J. Rillo*
									    Christopher J. Rillo
									    Attorneys for Third-Party Defendant
									    NOVATO COMMUNITY TELEVISION